**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **No. 3:03-CR-0078-N (01)** |
| ) | |
| **ANDRE LYNN FORD, ID # 29802-177,** ) | |
|      **Defendant.** ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case in accordance with 28 U.S.C. § 636(b)(1), including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The Court hereby finds good cause under Fed. R. App. P. 4(b)(4) for an extension of time for defendant to file his February 12, 2009 notice of appeal, and the defendant's notice of appeal is therefore timely. Notice is hereby given to the Fifth Circuit Court of Appeals of the finding of good cause, the granting of an extension of time, and the resulting timeliness of the February 12, 2009 notice of appeal, and the case shall be returned to the Fifth Circuit Court of Appeals for further proceedings on the timely-filed notice of appeal.

     **SIGNED October 1, 2009.**

                                                    **David C. Godbey
                                                    United States District Judge**